# Exhibit B

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA

CASE NO.: 2021 CA 002838 AX

AMBER MAKKINJE, individually and on
Behalf of all other similarly situated,

    Plaintiff,

vs.

MARKET AMERICA, INC.,

    Defendant.

_____/

**WAIVER OF SERVICE OF PROCESS**

**TO: SHAMIS & GENTILE, P.A.**

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
(t) (305) 479-2299
(f) (786) 623-0915

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq.
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Tel: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
MHiraldo@Hiraldolaw.com
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Tel: 954-400-4713

    I acknowledge receipt of your request that I waive service of process in the lawsuit of Amber Makkinje, *individually and on behalf of all others similarly situated v. Market America, Inc.,* CASE NO.: 2021 CA 002838 AX, in the Twelfth Judicial Circuit, in and for Manatee County in Florida. I have also received a copy of the Class Action Complaint.

    I agree to save the cost of service process and an additional copy of the Class Action Complaint in this lawsuit by not requiring that the entity on whose behalf I am acting, be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070.

    I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows: Counsel of record.

  The entity on whose behalf I am acting, will retain all defense or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

  DATED this 13th day of July, 2021.

                */s/ Jason H. Baruch*
                Jason H. Baruch
                Florida Bar 10280
                Jessica S. Kramer
                Florida Bar 125420
                HOLLAND & KNIGHT LLP
                100 North Tampa Street, Suite 4100
                Tampa, Florida 33602
                Tel: 813-227-8500 / Fax: 813-229-0134
                jason.baruch@hklaw.com
                Secondary: wendysue.henry@hklaw.com
                jessica.kramer@hklaw.com
                Secondary: gloria.mcknight@hklaw.com

                and

                Alex M. Gonzalez
                Florida Bar No. 99120
                Brandon T. White
                Florida Bar No. 106792
                HOLLAND & KNIGHT LLP
                701 Brickell Avenue, Suite 3300
                Miami, Florida 33131
                Tel:  (305) 374-8500/Fax: (305) 789-7799
                alex.gonzalez@hklaw.com
                brandon.white@hklaw.com

                *Counsel for Market America, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Portal system, which will transmit the foregoing document via email to:

| | |
|---|---|
| Andrew J. Shamis, Esq.<br>Garrett O. Berg, Esq.<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st A venue, Suite 705<br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>gberg@shamisgentile.com<br>*Counsel for Plaintiff and Proposed Class* | Scott Edelsberg, Esq.<br>EDELSBERG LAW, PA<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>scott@edelsberglaw.com<br>chris@edelsberglaw.com<br>*Counsel for Plaintiff and Proposed Class* |

Manuel Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
*Counsel for Plaintiff and Proposed Class*

*/s/ Jason H. Baruch*
Attorney

#85437163_v1