**Case:** 2021CA002838AX

**Filed:** 07/12/2021

**Status:** OPEN   **Type:** Circuit Civil   **Judge:** EDWARD NICHOLAS

Parties:

| Party Type | Name | Gender | DOB |
|---|---|---|---|
| Defendant | MARKET AMERICA INC | | |
| Plaintiff | AMBER MAKKINJE | | |
| | **Attorney:** ANDREW JOHN SHAMIS | | |

Dockets Key:

| | View | Date | Description | Pages |
|---|---|---|---|---|
| 1 | (1) | 07/12/2021 | Case 412021CA002838CAAXMA Filed with Clerk on 7/12/2021 | |
| 2 | (4) | 07/12/2021 | Assessment 1 assessed at sum $400.00 AssessmentID 11728171 | |
| 3 | (5) | 07/12/2021 | Compliance FILING FEE ASSESSED has been created with due date of 7/13/2021 - id number 2256715 | |
| 4 | (9) | 07/12/2021 | CIVIL COVER SHEET | 3 |
| 5 | (10) | 07/12/2021 | CLASS ACTION COMPLAINT | 9 |
| 6 | (11) | 07/12/2021 | ESUMMONS SUBMITTED TO CLERK ISSUED: MARKET AMERICA, INC -- ISSUED 7/15/2021 | 2 |
| 7 | (7) | 07/13/2021 | Compliance Type FILING FEE ASSESSED was satisfied with Compliance Action - FILING FEE PAID set on 7/13/2021 | |
| 8 | (8) | 07/13/2021 | Payment received:Receipt Number C 937874 | |
| 9 | (12) | 07/13/2021 | WAIVER OF SERVICE OF PROCESS - MARKET AMERICA INC | 3 |

Filings

**Filing Date**

07/12/2021

**Filing Type**

OTHER

**Claim Amount**

$100,000.00

**Cross Claim Amount**

$0.00

**Counter Claim Amount**

$0.00

**Judgment Amount**

$0.00

Receipts:

| Receipt Date | Receipt Number | Tender Amount | Voided Amount | Voided |
|---|---|---|---|---|
| 7/13/2021 | 937874 | $410.00 | - | |
| Totals | 1 receipt(s) | $410.00 | $0.00 | |

Assessments:

| Account Group | Description | Originally Assessed | Paid | Dismissed | Due |
|---|---|---|---|---|---|
| OTH CIV FILING - CA | OTHER CIVIL FILINGS - CIRCUIT CIVIL | $400.00 | ($400.00) | - | - |
| SUMMONS - CA | SUMMONS - CIRCUIT CIVIL | $10.00 | ($10.00) | - | - |
| 2 Account Group(s) | | $410.00 | ($410.00) | $0.00 | $0.00 |

Bonds:

| Bond Type | Active Amount |
|---|---|
| 0 Bond(s) | $0.00 |

Registry: