# Exhibit D

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER MAKKINJE, on behalf of himself and
others similarly situated,

    Plaintiff,

vs.                              Case No.

MARKET AMERICA, INC.,        State Court Case No. 2021CA002838AX
    Defendant.
_____/

## DECLARATION OF VINCE HUNT

I, Vince Hunt, declare as follows:

1. I submit this declaration in my capacity as a Technology Advisor/Vice President at Market America, Inc. ("Market America") in support of Market America Notice of Removal in the above-referenced lawsuit ("Lawsuit").

2. I make these statements based on my own personal knowledge of the matters set forth herein, and based on Market America's business records created and kept in the ordinary course of its business, and if called and sworn as a witness, I could and would competently testify to the information contained herein.

3. Market America is a corporation headquartered in Greensboro, North Carolina.

4. For purposes of preparing this declaration, I am familiar with the issues appearing in this Lawsuit, including the allegations in Plaintiff's Complaint. I have worked at Market America (SHOP.COM) for twenty-four years in (a variety of roles), and have spent the last five years and nine months in my current role as a Technology Advisor/Vice President. In my current role, among other responsibilities, I am familiar with the manner and method by which Market America maintains its normal business books and records, including computer records. These

books and records are made in the course of regularly conducted business activity: (1) at or near the time the events they purport to describe occurred, by a person with knowledge of the acts and events; or (2) by a computer or other similar digital means, which contemporaneously records an event as it occurs. The contents of this Declaration are believed to be true and correct based upon my personal knowledge of the record keeping systems under which Market America maintains its business books and records.

5. Market America is responsible for managing www.shop.com (the "Website").

6. When using the Website or the Shop phone application (the "App"), a customer may enter certain information on the Website, such as the customer's username, contact information and password.

7. For any customer, the customer's username, contact information and encrypted password data are automatically transferred from the Website or App and stored in the secure database where customer data is maintained.

8. Given the allegations in the Lawsuit, the secure database where customer data is maintained was searched, by authorized employees of Market America with personal knowledge of the subject matter to determine the number of unique customers who have default billing and shipping addresses in Florida.

9. The search of the database was limited to the timeframe between May 18, 2019 and May 18, 2021.

10. Based on the records, more than 5,000 unique customers visited the Website and/or App, and have default billing and shipping addresses in Florida.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2

Market America, Inc.

Name (Signature): ___[signature]___
Name (Printed): ___Vince Hunt___
Title: ___VP___
Dated: ___9-Aug-21___

3