Composite
Exhibit E

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Business Corporation

**Legal Name**
Market America, Inc.

# Information

**SosId:** 0331850
**Status:** Current-Active ⓘ
**Date Formed:** 10/1/1993
**Citizenship:** Domestic
**Fiscal Month:** December
**Annual Report Due Date:** April 15th
**Current Annual Report Status:**
**Registered Agent:** Ashley, Marc

# Addresses

**Mailing**
1302 Pleasant Ridge Road
Greensboro, NC 27409-9415

**Principal Office**
1302 Pleasant Ridge Road
Greensboro, NC 27409-9415

**Reg Office**
1302 Pleasant Ridge Road
Greensboro, NC 27409-9415

**Reg Mailing**
1302 Pleasant Ridge Road
Greensboro, NC 27409-9415

# Officers

| President | Chief Executive Officer | Secretary |
|---|---|---|
| Marc Ashley | James H Ridinger | Loren A Ridinger |
| 1302 Pleasant Ridge Road | 1302 Pleasant Ridge Rd | 1302 Pleasant Ridge Rd |
| Greensboro NC 27409 | Greensboro NC 27409 | Greensboro NC 27409 |

**Treasurer**

Martin L Weissman
1302 Pleasant Ridge Rd
Greensboro NC 27409

# Stock

**Class:** COMMON
**Shares:** 800000000
**Par Value** 0

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2082331 | Incorporation Date / Formation Date: | 1/30/1986 (mm/dd/yyyy) |
| Entity Name: | MARKET AMERICA, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE COMPANY CORPORATION | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5440 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov