IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AMBER MAKKINJE, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 8:21-cv-1929-TPB-CPT |
| vs. | JURY TRIAL DEMANDED |
| MARKET AMERICA, INC., | |
| *Defendant*. _____/ | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Amber Makkinje, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Amber Makkinje, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 14, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.

Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

**Hiraldo, P.A.**
/s/ Manuel S. Hiraldo
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954.400.4713
Email: mhiraldo@hiraldolaw.com


*Counsel for Plaintiff and the Class*


### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

           **SHAMIS & GENTILE, P.A.**
           14 NE 1st Ave., Suite 705
           Miami, FL 33132
           Telephone (305) 479-2299
           Facsimile (786) 623-0915
           Email: efilings@sflinjuryattorneys.com

By:    /s/ Andrew J. Shamis
        Andrew J. Shamis, Esq.
        Florida Bar # 101754


*Counsel for Plaintiff and the Class*